UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-cr-576 (SHS) |
| -v- | : | |
| PERCY CARRION, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference regarding the above defendant on October 13, 2026, at 3:00 p.m. in Courtroom 23A.

Dated: New York, New York
March 13, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.